UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61232-CIV-SINGHAL/STRAUSS

DEVONE DAMONT MOORE,

    Plaintiff,

vs.

ALL STAR SECURITY SERVICES, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Report and Recommendation (DE [29]) of the Magistrate Judge recommending that Defendants' Motion to Dismiss (DE [12]) be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [29]) is **AFFIRMED** and **ADOPTED.** Defendant's Motion to Dismiss (DE [12]) is **DENIED.** Defendant shall file an Answer within 14 days of the date of this Order. It is further

**ORDERED** that this matter is **REFERRED** to Magistrate Judge Jared M. Strauss to conduct a settlement conference within **60 days** of the date of this Order. Counsel shall confer on proposed dates and Plaintiff's lawyer shall contact the Magistrate Judge's Chambers to schedule the settlement conference. The Magistrate Judge will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference. The Settlement Conference date may not be extended without

prior approval from the Magistrate Judge.  Except as provided under Local Rule 16.2(e), the appearance of counsel and each party, or representatives of each party with full authority to enter a full and complete settlement, is mandatory. Appearance shall be in person; telephonic appearance is prohibited absent an order by the Magistrate Judge. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged.  If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference. It is further

**ORDERED** that the Order of Referral (DE [20]) entered on October 21, 2024, is **VACATED** as of the date of this Order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of November 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF